Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ULTRA PRODUCTS,

        Plaintiff(s),

v.

ANTEC INC.,

        Defendant(s).

CASE NO. 09-cv-04255 (BZx)

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

DAVID JOYAL, an active member in good standing of the bar of STATE OF NEW YORK (particular court to which applicant is admitted) whose business address and telephone number is Greenberg Traurig, LLP, 200 Park Avenue, Florham Park, NJ 07932;

973-360-7900

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PLAINTIFF, ULTRA PRODUCTS

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*, provided that Mr. Joyal read the Civil Local Rules, which do not require blue backing.

Dated: Sept. 29, 2009



IT IS SO ORDERED
Judge Bernard Zimmerman

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## DAVID MICHAEL JOYAL

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **June 7, 2004**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

September 15, 2009

*Clerk of the Court*

9940