*E-Filed 4/5/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRA PRODUCTS, INC., | No. C 09-04255 RS |
| Plaintiff, | |
| v. | **ORDER** |
| ANTEC, INC., et al., | |
| Defendants. | |

Pursuant to the Reassignment Order issued by the undersigned, the parties filed a Joint Case Management Statement on April 2, 2010. After considering the Joint Case Management Statement submitted by the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. All hearing dates and deadlines imposed prior to the Reassignment Order of March 18, 2010 are vacated. Defendants' motion to stay, scheduled for hearing on April 29, 2010, and the accompanying briefing schedule remain in effect.

2. A Case Management Conference shall be held on **May 27, 2010 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement on or before **May 20, 2010** with a proposed schedule leading up to and including the claim construction hearing.

**IT IS SO ORDERED.**

Dated: 4/5/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE