RECEIVED APR 20 2010 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-Filed 4/21/10*

| | |
|---|---|
| ULTRA PRODUCTS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ANTEC INC., et al.,<br><br>Defendants. | CASE NO. CV09-04255 RS<br>(Assigned to the Hon. Richard Seeborg)<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

MARY O. LOVETT, an active member in good standing of the bar of STATE OF TEXAS, whose business address and telephone number is Greenberg Traurig, LLP, 1000 Louisiana Street Suite 1700, Houston TX 77002, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff, ULTRA PRODUCTS, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the part. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing, provided that Ms. Lovett read the Civil Local Rules, which do not require blue backing.

Dated: 4/21/10                              /s/ Richard Seeborg
                                                            Judge