Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT Pacific Law Group LLP**
17800 Castleton St., #383
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Defendant
Channel Well Technologies Co.

FILED

JUN - 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| Ultra Products, Inc.; | CASE NO. 3:09-CV-04255 RS |
| Plaintiff, | |
| vs. | **REQUEST FOR APPROVAL OF** |
| Antec, Inc. et al. | **SUBSTITUTION OF ATTORNEY AND** |
| Defendants. | **ORDER THERETO** |
| And Related Cross-Action. | |

Defendant, Channel Well Technologies Co., a Taiwanese corporation ("CWT"), hereby requests the Court to approve the substitution of LT Pacific Law Group LLP as its attorney of record in place and stead of Mount & Stoelker, P.C ("Mount & Stoelker").

///
///
///
///

---

**Request for Approval of Substitution of Attorney and Order thereto**

62600.25

1

09-CV-04255 RS

1   CWT consents to this substitution.

2                                           Channel Well Technologies Co.

3

4       Date: _May 28, 2010_.              _Shiow-Hua Yang_

5                                           By:  Name: 楊琇萍

6                                                Title: 總經理（General Manager)

7

8

9       Mount & Stoelker, as the counsel substituting out, consents to this substitution.

10                                          Mount & Stoelker, P.C.

11

12      Date: _6/2/10_                      By:  _____

13                                               Name: Daniel S. Mount

14                                               Attorney for

15                                                  Channel Well Technologies Co.

16

17

18          LT Pacific Law Group LLP, as the new counsel substituting in, consents to this

19      substitution. Attorney Jen-Feng (Jeff) Lee (SBN 204328) and Kenneth Tanji, Jr. (SBN 162273)

20      of LT Pacific Law Group LLP will be the new attorneys of record for Channel Well

21      Technologies Co. The attorney contact information is as follows:

22          Jen-Feng Lee, SBN 204328
            jflee@ltpacificlaw.com
23          Kenneth K. Tanji, Jr., SBN 162273
            ktanji@ltpacificlaw.com
24

25          LT Pacific Law Group LLP
            17800 Castleton St., #383
26          City of Industry, CA 91748
            T: 626-810-7200
27          f: 626-810-7300

28

**Request for Approval of Substitution of Attorney and Order thereto**

62600.25                                2                        09-CV-04255 RS

LT Pacific Law Group LLP
17800 Castleton St., #383
Industry, CA 91748
(626) 810-7200

LT Pacific Law Group LLP

Date: _June 1, 2010_                    By: _____

Jen-Feng (Jeff) Lee
Kenneth Tanji, Jr.
New attorney for Defendant
    Channel Well Technologies Co.

### ORDER

The Court hereby orders that the request of Defendant Channel Well Technologies Co.
to substitute LT Pacific Law Group as its new attorney of record in place and stead of Mount &
Stoelker, P.C. is hereby GRANTED.

IT IS SO ORDERED.

Date: _6-2-10_                    By: _____

Hon. Richard Seeborg
U.S. District Judge

**Request for Approval of Substitution of Attorney and Order thereto**

09-CV-04255 RS

LT Pacific Law Group LLP
17800 Castleton St., #383
Industry, CA 91748
(626) 810-7200

62600.25