```
Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
LT Pacific Law Group LLP
17800 Castleton St., #383
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Defendants
Thermaltake Technology Co. Ltd.
Thermaltake Inc.
```

FILED
JUN - 4 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| Ultra Products, Inc.;<br><br>  Plaintiff,<br><br>vs.<br><br>Antec, Inc. et al.<br><br>  Defendants.<br><br>And Related Cross-Action. | CASE NO. 3:09-CV-04255 RS<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THERETO** |

Defendants, Thermaltake Technology Co. Ltd., a Taiwanese corporation ("Thermaltake Taiwan") and Thermaltake Inc., a California corporation ("Thermaltake USA"), hereby request the Court to approve the substitution of LT Pacific Law Group LLP as their attorney of record in place and stead of Mount & Stoelker, P.C ("Mount & Stoelker").

///

///

///

Thermaltake Technology Co. Ltd., ("Thermaltake Taiwan") consents to this substitution.

Thermaltake Technology Co. Ltd.

Date: 6/2/10

By: Name: Lin Pei HS
    Title: Chairman

Thermaltake Inc., a California corporation ("Thermaltake USA") consents to this substitution.

Thermaltake Inc.

Date: 6/1/10

By: Name: HSI CHUNG CHAN
    Title: President

Mount & Stoelker, as the counsel substituting out, consents to this substitution.

Mount & Stoelker, P.C.

Date: 5/27/10

By:
    Name: Daniel S. Mount
    Attorney for
        Thermaltake Technology Co. Ltd.
        Thermaltake Inc.

///
///
///

Request for Approval of Substitution of Attorney and Order thereto

62600.25                                2                                    09-CV-04255 RS

LT Pacific Law Group LLP, as the new counsel substituting in, consents to this substitution. Attorney Jen-Feng (Jeff) Lee (SBN 204328) and Kenneth Tanji, Jr. (SBN 162273) of LT Pacific Law Group LLP will be the new attorneys of record for Thermaltake Technology Co. Ltd. and Thermaltake Inc. The attorney contact information is as follows:

Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
LT Pacific Law Group LLP
17800 Castleton St., #383
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

LT Pacific Law Group LLP

Date: June 2, 2010        By: /s/ Jen-Feng (Jeff) Lee

Jen-Feng (Jeff) Lee
Kenneth Tanji, Jr.
New attorneys for Defendant
Thermaltake Technology Co. Ltd.
Thermaltake Inc.

## ORDER

The Court hereby orders that the request of Defendants Thermaltake Technology Co. Ltd. and Thermaltake Inc. to substitute LT Pacific Law Group as their new attorney of record in place and stead of Mount & Stoelker, P.C. is hereby GRANTED.

IT IS SO ORDERED.

Date: 6/3/10        By: /s/

Hon. Richard Seeborg
U.S. District Judge

Request for Approval of Substitution of Attorney and Order thereto

3

09-CV-04255 RS