United States District Court
For the Northern District of California

**** E-filed August 11, 2010 ****

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ULTRA PRODUCTS, INC.,

Plaintiff,

v.

ANTEC INC., et al.,

Defendants.

_______________________________/

No. C09-04255 RS (HRL)

**INTERIM ORDER RE: DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT INVALIDITY CONTENTIONS**

**[Re: Docket No. 304]**

On July 8, Defendants in this patent case moved for leave to supplement their invalidity contentions pursuant to Patent Local Rule 3-6. (Docket No. 304.) The Court heard oral argument on Defendants' motion on August 10, during which the Court instructed Defendants to file declarations as to their diligence in discovering the prior art at issue in Defendants' motion. Accordingly, and as the Court explained at the motion hearing, Defendants shall file declarations as to their diligence within 10 days of this order, and Plaintiff shall have 10 days from the date Defendants file such declarations to then file any response thereto.

**IT IS SO ORDERED.**

Dated: August 11, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**C09-04255 RS (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Brian R. Gilchrist | bgilchrist@addmg.com, shotz@addmg.com |
| Carlos Francisco Concepcion | cconcepcion@cfclaw.com |
| Daniel H. Fingerman | dfingerman@mount.com |
| Daniel Harlan Fingerman | dfingerman@mount.com, mbikul@mount.com |
| Daniel S. Mount | dmount@mount.com, mbikul@mount.com |
| David Michael Joyal | joyald@gtlaw.com, rodriguezm@gtlaw.com |
| Dawn Ivy Giebler-Millner | gieblerd@gtlaw.com |
| Elio F. Martinez , Jr | emartinez@cfclaw.com |
| Frank R. Jakes | frankj@jpfirm.com |
| Jeffrey Fuming Yee | yeej@gtlaw.com, heatherlya@gtlaw.com, kihma@gtlaw.com, secondom@gtlaw.com |
| Jeffrey K. Joyner | joynerj@gtlaw.com, heatherlya@gtlaw.com |
| Jen-Feng Lee | jflee@ltpacificlaw.com, dhsu@ipfirm.us, jflee@ipfirm.us |
| Kathryn G. Spelman | kspelman@mount.com, mbikul@mount.com |
| Kenneth Kazuo Tanji | ktanji@ltpacificlaw.com |
| Kevin Martin Pasquinelli | kpasquinelli@mount.com, mbikul@mount.com |
| Marian G. Kennady | mkennady@cfclaw.com |
| Mary-Olga Lovett | lovettm@gtlaw.com, alemana@gtlaw.com, houlitdoc@gtlaw.com |
| Matthew G. McKinney | mgm@mckinneylawllc.com |
| Michael A. Nicodema | nicodemam@gtlaw.com |
| On Lu | olu@mount.com, mbikul@mount.com |
| Ruby I-Chieh Ho | rubyho@mount.com |
| Stephen J. Leahu | leahus@gtlaw.com |
| Suzanne M. Rehmani | srehmani@kringandchung.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**