**GREENBERG TRAURIG, LLP**
Michael A. Nicodema (*pro hac vice*)(nicodemam@gtlaw.com)
David M. Joyal (*pro hac vice*)(joyald@gtlaw.com)
200 Park Avenue, P.O. Box 677
Florham Park, New Jersey 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410

Jeffrey K. Joyner (SBN 180485)(joynerj@gtlaw.com)
Jeffrey F. Yee (SBN 193123)(yeej@gtlaw.com)
2450 Colorado Avenue, Suite 400 East
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Plaintiff
Streak Products, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Streak Products, Inc.,<br><br>    Plaintiff,<br>vs.<br><br>Antec, Inc., Channel Well Technologies Co. Ltd., E-Power Technology/PCMCIS, Enermax Technology Corp., Enermax USA Corp., FSP Group USA Corp., Magnell Associate Inc. d/b/a ABS Computer Technologies Inc., Mushkin Inc., Newegg Inc., Sea Sonic Electronics Co. Ltd., Sea Sonic Electronics Inc., SPI Electronic Co. Ltd. d/b/a FSP Group Inc., Tagan Technology Co., Thermaltake Technology Co. Ltd., Thermaltake Inc., Topower Computer Industrial Co. Ltd., and Topower Computer (USA) Inc.,<br><br>    Defendants | CASE NO. 09-CV-04255 RS<br><br>**HONORABLE RICHARD SEEBORG**<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

| | |
|---|---|
| 1 | Antec, Inc., Channel Well Technologies Co. Ltd., E-Power Technology/PCMCIS, Enermax Technology Corp., Enermax USA Corp., FSP Group USA Corp., Mushkin Inc., Sea Sonic Electronics Co. Ltd., Sea Sonic Electronics Inc., SPI Electronic Co. Ltd. d/b/a FSP Group Inc., Tagan Technology Co., Thermaltake Technology Co. Ltd., Thermaltake Inc., Topower Computer Industrial Co. Ltd., and Topower Computer (USA) Inc., |

Counterclaimants,

vs.

Ultra Products, Inc.,

Counterclaim Defendant

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

## STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

Plaintiff, Streak Products, Inc., ("Plaintiff") and Defendants/Counter-Claimants, Thermaltake, Inc., Thermaltake Technology Co. Ltd., and Channel Well Technology Co. Ltd., ("Dismissal Defendants") have reached a confidential settlement. Thus, Plaintiff and Dismissal Defendants have agreed and hereby stipulate, through their respective counsel, to dismiss Dismissal Defendants *with prejudice*, pursuant to Federal Rules of Civil Procedure Rule 41(a). Each party shall bear their own costs and attorney fees.

Dated: October 29, 2010

**GREENBERG TRAURIG, LLP**
Michael A. Nicodema (*pro hac vice*)
David M. Joyal (*pro hac vice*)
Jeffrey K. Joyner
Jeffrey F. Yee

By: /s/ Jeffrey F. Yee
    Attorneys for Plaintiff-Counterclaim Defendant
    Streak Products, Inc.

**LT Pacific Law Group LLP**
Jen-Feng Lee, Esq. (Cal. Bar No. 204328)
Kenneth K. Tanji, Jr., Esq. (Cal. Bar No. 162273)

By: /s/ Jen-Feng Lee (with permission)
    Attorneys for Defendants-Counterclaimants
    Thermaltake, Inc., Thermaltake Technology Co.
    Ltd., Channel Well Technology Co. Ltd.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: 10/29/10

[signature]
Honorable Richard Seeborg
United States District Judge

1