**\*E-Filed 3/28/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STREAK PRODUCTS, INC., | No. C 09-4255 RS |
| Plaintiff, | **ORDER RE: MOTION FOR LEAVE TO FILE EXCESS PAGES** |
| v. | |
| ANTEC, INC., et al., | |
| Defendants. | |

Plaintiff Streak Products filed an administrative motion requesting leave to file excess pages. In that motion, plaintiff complained that defendant Antec filed a large volume of documents and evidence in support of its motions for summary judgment but relied directly only on some of it. In its opposition brief, plaintiff included objections to the evidence cited in defendant's motion but requested leave to file two appendices containing objections to the remainder of defendant's filing. Antec duly filed an objection to Streak's request, and asked that the Court strike the appendices from the record.

Any documents not cited to, or identified and relied upon in defendant's briefs shall be disregarded and deemed inadmissible as irrelevant. Accordingly, plaintiff's request to file specific objections in excess of the page limit is moot and the appendices are stricken.

IT IS SO ORDERED.

Dated: 3/28/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE