*E-Filed 3/30/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STREAK PRODUCTS, INC., | No. C 09-4255 RS |
| Plaintiff, | **ORDER RE: PLAINTIFFS' REQUEST FOR CLARIFICATION** |
| v. | |
| ANTEC, INC., et al., | |
| Defendants. | |

On March 28, 2011, this Court deemed all defense "documents not cited to, or identified and relied upon in defendant's briefs" inadmissible on the grounds of relevance. Accordingly, plaintiff's administrative request to file two appendices was rendered moot and those appendices were struck from the record. Plaintiff then filed a request for clarification as to whether that Order also struck a declaration (the "Joyal declaration") that accompanied the appendices. In that request, plaintiff explained the declaration's importance to its opposition motion and asked that the Court clarify—and it does so now—that the prior Order did not strike the declaration.

IT IS SO ORDERED.

No. C 09-4255 RS
ORDER

Dated: 3/30/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE