**GREENBERG TRAURIG, LLP**
Michael A. Nicodema (*pro hac vice*)(nicodemam@gtlaw.com)
David M. Joyal (*pro hac vice*)(joyald@gtlaw.com)
200 Park Avenue, P.O. Box 677
Florham Park, New Jersey 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410

Jeffrey K. Joyner (SBN 180485)(joynerj@gtlaw.com)
Jeffrey F. Yee (SBN 193123)(yeej@gtlaw.com)
2450 Colorado Avenue, Suite 400 East
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Plaintiff
Streak Products, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Streak Products, Inc. (formerly known as Ultra Products, Inc.),<br><br>Plaintiff,<br><br>vs.<br><br>Antec, Inc., Channel Well Technologies Co. Ltd., E-Power Technology/PCMCIS, Enermax Technology Corp., Enermax USA Corp., FSP Group USA Corp., Magnell Associate Inc. d/b/a ABS Computer Technologies Inc., Mushkin Inc., Newegg Inc., Sea Sonic Electronics Co. Ltd., Sea Sonic Electronics Inc., SPI Electronic Co. Ltd. d/b/a FSP Group Inc., Tagan Technology Co., Topower Computer Industrial Co. Ltd., and Topower Computer (USA) Inc.,<br><br>Defendants | CASE NO. CV09-04255 RS<br><br>**HONORABLE RICHARD SEEBORG**<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO CHANGE TIME UNDER CIVIL L.R. 6-3 RE: DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT<br><br>Complaint filed: April 4, 2008<br>Trial Date: TBD |

| | |
|---|---|
| 1<br>2<br>3 | Antec, Inc., FSP Group USA Corp., Mushkin Inc., Sea Sonic Electronics Co. Ltd., SPI Electronic Co. Ltd. d/b/a FSP Group Inc., Tagan Technology Co., Topower Computer Industrial Co. Ltd., and Topower Computer (USA) Inc., |
| 4 | Counterclaimants, |
| 5 | vs. |
| 6 | Streak Products, Inc., |
| 7 | Counterclaim Defendant |

2
[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO CHANGE TIME
*NY 241,056,672v1*

The Court, having considered Plaintiff Streak Products' Unopposed Motion to Change Time and all submissions of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' Motion to Change Time is GRANTED. The hearing for *Defendants' Motions for Summary Judgment* shall be rescheduled to Thursday, April 21, 2011 at 1:30 PM.

Dated: 4/6/11

_____
The Honorable Richard Seeborg
United States District Judge

Respectfully Submitted

**GREENBERG TRAURIG LLP**

By: */s/ Jeffrey F. Yee*
Michael A. Nicodema, (*Pro Hac Vice*)
David M. Joyal (*Pro Hac Vice*)
200 Park Avenue
Florham Park, New Jersey 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410

Jeffrey K. Joyner (SBN 180485)
Jeffrey F. Yee (SBN 193123)
2450 Colorado Avenue Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Plaintiff Streak Products, Inc.