Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
On Lu, Esq. (Cal. Bar No. 242693)
Jing H. Cherng, Esq. (Cal. Bar. No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com, kspelman@mount.com,
    dfingerman@mount.com, kpasquinelli@mount.com,
    olu@mount.com, gcherng@mount.com

Counsel for Defendants Antec Inc., Enermax Technology Corp., Enermax USA Corp., FSP Group USA Corp., Mushkin Inc., Sea Sonic Electronics Co. Ltd., Seasonic Electronics Inc., SPI Electronic Co. Ltd., Tagan Technology Co., Topower Computer Industrial Co. Ltd., Topower Computer (USA) Inc.

United States District Court

Northern District of California, San Francisco Division

| | |
|---|---|
| Streak Products Inc.,<br><br>            Plaintiff,<br>vs.<br><br>Antec Inc., Channel Well Technologies Co. Ltd., Enermax Technology Corp., Enermax USA Corp., FSP Group USA Corp., Magnell Associate Inc. d/b/a ABS Computer Technologies Inc., Mushkin Inc., Newegg Inc., Sea Sonic Electronics Co. Ltd., Seasonic Electronics Inc., SPI Electronic Co. Ltd. d/b/a FSP Group Inc., Tagan Technology Co., Thermaltake Technology Co. Ltd., Thermaltake Inc., Topower Computer Industrial Co. Ltd., Topower Computer (USA) Inc. d/b/a E-Power Technology/PCMCIS<br><br>            Defendants | Case No. 3:09-cv-04255-RS-HRL<br><br>[~~Proposed~~] **Order Concerning Physical Evidence Submitted in Support of Motions for Summary Judgment** |

1  Defendants brought several computers as exhibits to the Motion for Summary Judgment
2  hearing, held on August 11, 2011. During the hearing, counsel for Defendants submitted the
3  following exhibits in support of their arguments and requested that counsel retain custody of those
4  exhibits. For good cause, the request is GRANTED. The following exhibits, labeled by exhibit
5  number, are deemed submitted and counsel for Defendants is ordered to retain custody of the
6  exhibits, identified below as labeled in the hearing, in the instant case until further notice:

Exhibit 1.  HP i2000 computer (S/N: SG21920584), depicted in Appendix A to Motion for Summary Judgment against Claim 1, attached hereto as Exhibit A.

Exhibit 2.  Intel BS 460 computer, depicted in Appendix B to Motion for Summary Judgment against Claim 1, attached hereto as Exhibit B.

Exhibit 3.  Intel BS 460 computer, depicted in Appendix C to Motion for Summary Judgment against Claim 1, attached hereto as Exhibit C.

Exhibit 4.  IBM Personal System/2 Model 60 computer (S/N: 72-8184178), depicted in Appendix A to Motion for Summary Judgment against Claim 4, attached hereto as Exhibit D.

Exhibit 5.  Apple Macintosh Quadra 950 computer (S/N: XB51909H677), depicted in Appendix B to Motion for Summary Judgment against Claim 4, attached hereto as Exhibit E.

Exhibit 8.  Ultra Power Bar product and Ultra m998 Computer Case depicted in the Declaration of Daniel H. Fingerman in Support of Motion for Summary Judgment for False Marking, attached hereto as Exhibit F.

IT IS SO ORDERED.

Date: 5/26/11

_____
Hon. Richard Seeborg
United States District Judge