*E-Filed 6/29/11*

**GREENBERG TRAURIG, LLP**
Michael A. Nicodema (*pro hac vice*)(nicodemam@gtlaw.com)
David M. Joyal (*pro hac vice*)(joyald@gtlaw.com)
200 Park Avenue, P.O. Box 677
Florham Park, New Jersey 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410

Jeffrey K. Joyner (SBN 180485)(joynerj@gtlaw.com)
Jeffrey F. Yee (SBN 193123)(yeej@gtlaw.com)
2450 Colorado Avenue, Suite 400 East
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Plaintiff
Streak Products, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Streak Products, Inc. (formerly known as Ultra Products, Inc.), | CASE NO. CV09-04255 RS |
| Plaintiff, | **HONORABLE RICHARD SEEBORG** |
| vs. | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |
| Antec, Inc., Channel Well Technologies Co. Ltd., E-Power Technology/PCMCIS, Enermax Technology Corp., Enermax USA Corp., FSP Group USA Corp., Magnell Associate Inc. d/b/a ABS Computer Technologies Inc., Mushkin Inc., Newegg Inc., Sea Sonic Electronics Co. Ltd., Sea Sonic Electronics Inc., SPI Electronic Co. Ltd. d/b/a FSP Group Inc., Tagan Technology Co., Thermaltake Technology Co. Ltd., Thermaltake Inc., Topower Computer Industrial Co. Ltd., and Topower Computer (USA) Inc., | |
| Defendants | |

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER -- FSP Group USA Corp. and SPI Electronic Company Ltd d/b/a FSP Group Inc.

NY 241,291,043v1

| | |
|---|---|
| 1 | Antec, Inc., Channel Well Technologies Co. Ltd., FSP Group USA Corp., Mushkin Inc., Sea Sonic Electronics Co. Ltd., SPI Electronic Co. Ltd. d/b/a FSP Group Inc., Tagan Technology Co., Thermaltake Technology Co. Ltd., Thermaltake Inc., Topower Computer Industrial Co. Ltd., and Topower Computer (USA) Inc., |
| 2 | |
| 3 | |
| 4 | |
| 5 | Counterclaimants, |
| 6 | vs. |
| 7 | Streak Products, Inc., |
| 8 | Counterclaim Defendant |

Plaintiff and Counterclaim Defendant, Streak Products, Inc., ("Plaintiff") and Defendants / Counter-Claimants, FSP Group USA Corp. and SPI Electronic Co. Ltd. d/b/a FSP Group Inc., ("Dismissal Defendants") have reached a confidential settlement.  Thus, Plaintiff and Dismissal Defendants have agreed and hereby stipulate, through their respective counsel, to dismiss Dismissal Defendants and Plaintiff *with prejudice,* pursuant to Federal Rules of Civil Procedure Rule 41(a), from any claims that Plaintiff and Defendants / Counter-Claimants may have had against each other.  Each party shall bear their own costs and attorney fees.

Dated: June 24, 2011

2

STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER -- FSP Group USA Corp. and SPI Electronic Company Ltd d/b/a FSP Group Inc.

NY 241,291,043v1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: June 24, 2011 | GREENBERG TRAURIG LLP |
| 4 | | |
| 5 | | By: /s/ Jeffrey F. Yee |
| | | Michael A. Nicodema, (*Pro Hac Vice*) |
| 6 | | David M. Joyal (*Pro Hac Vice*) |
| 7 | | 200 Park Avenue |
| | | Florham Park, New Jersey 07932 |
| 8 | | Telephone: (973) 360-7900 |
| | | Facsimile: (973) 301-8410 |

Jeffrey K. Joyner (SBN 180485)
Jeffrey F. Yee (SBN 193123)
2450 Colorado Avenue Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Plaintiff Streak Products, Inc.

*/s/ Allen Cheng*

Allen Cheng
CEO, FSP Technology Inc.
(on behalf of Defendants and Counter Claimants FSP Group USA Corp. and SPI Electronic Company Ltd. d/b/a FSP Group Inc.)

---

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER -- FSP Group USA Corp. and SPI Electronic Company Ltd. d/b/a FSP Group Inc.

NY 241,291,043v1

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: __6/29/11__

*/s/ Richard Seeborg*
Honorable Richard Seeborg
United States District Judge

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER -- FSP Group USA Corp. and SPI Electronic Company Ltd. d/b/a FSP Group Inc.

NY 241,291,043v1