**United States District Court**
For the Northern District of California

1

*\*E-Filed 9/9/2011\**

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   SAN FRANCISCO DIVISION

11

12   STREAK PRODUCTS INC,                          No. C 09-04255 RS

13                    Plaintiff,                    **CASE MANAGEMENT**
                                                    **SCHEDULING ORDER**
14         v.

15   ANTEC, INC. ET AL,

16

17                    Defendant.
     _____/

18

19         Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case

20   Management Conference on September 8, 2011.  After considering the Joint Case Management

     Statement submitted by the parties and consulting with the attorneys of record for the parties and

21   good cause appearing, IT IS HEREBY ORDERED THAT:

22         1.    DISCOVERY.

23         On or before May 29, 2012, all non-expert discovery shall be completed by the parties.

24   Discovery shall limited as follows:  (a)  ten (10) non-expert depositions per party; (b) twenty-five

25   (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of  requests

26   for production of documents or for inspection per party; and (d) a reasonable number of requests for

27   admission per party.

28

**United States District Court**
For the Northern District of California

3.      EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions shall proceed as follows:

A.  On or before June 26, 2012, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

B.  On or before July 17, 2012, defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

C.  On or before August 7, 2012, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4.      FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **June 7, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5.      PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than October 18, 2012.

6.      PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before November 8, 2012, counsel shall file a Joint Pretrial Statement.

7.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **November 22, 2012, at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

8.      TRIAL DATE.  Jury trial shall commence on **December 3, 2012 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

CASE MANAGEMENT SCHEDULING ORDER
NO. C 09-4255 RS

2

**United States District Court**
For the Northern District of California

DATED: 9/9/11

_____
RICHARD SEEBORG
United States District Judge