Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Jing H. Cherng, Esq. (Cal.Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com, gcherng@mount.com

Nonparty

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| Streak Products Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Antec Inc., Channel Well Technologies Co. Ltd., Enermax Technology Corp., Enermax USA Corp., FSP Group USA Corp., Magnell Associate Inc. d/b/a ABS Computer Technologies Inc., Mushkin Inc., Newegg Inc., Sea Sonic Electronics Co. Ltd., Seasonic Electronics Inc., SPI Electronic Co. Ltd. d/b/a FSP Group Inc., Tagan Technology Co., Thermaltake Technology Co. Ltd., Thermaltake Inc., Topower Computer Industrial Co. Ltd., Topower Computer (USA) Inc. d/b/a E-Power Technology/PCMCIS <br><br> Defendants | Case No. 3:09-cv-04255-RS-HRL <br><br> **Order Modifying Order Granting Administrative Motion [AS MODIFIED BY THE COURT]** |

After considering the letter briefs submitted by Defendants and Mount, Spelman & Fingerman, P.C., the Court orders that:

1. Defendants' requested extension until April 30, 2015 to move evidence is GRANTED.

2. This Court retains jurisdiction to enforce the terms of this order and the April 15, 2015 order.

SO ORDERED.

Date: April 20, 2015

_____
The Honorable Richard Seeborg
United States District Judge