UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STREAK PRODUCTS, INC.,

    Plaintiff,

    v.

ANTEC INC., et al.,

    Defendants.

Case No. 09-cv-04255-RS

**ORDER**

On April 15, 2015, the Court entered an order submitted by Mount Spelman & Fingerman, P.C. ("MS&F") granting its administrative motion to transfer exhibits and to allocate storage costs. After further consideration and in light of subsequent correspondence entered through ECF, it appears that the dispute is one that must be resolved between and among defendants, their former counsel MS&F, and their current counsel, Novak Druce Connolly Bove and Quigg, LLP, and is not a matter properly before the court in this litigation. Accordingly, the April 15 order, Docket Number 487, is hereby vacated.

**IT IS SO ORDERED**.

Dated: May 4, 2015

RICHARD SEEBORG
United States District Judge